Joseph B. Ollinger (SBN: 285641)
Law Office of Joseph B. Ollinger PC
4370 Troost Ave., #104
Los Angeles, California 91604
Telephone: (310) 424-0097
Email: josephollinger@gmail.com

Attorneys for Plaintiffs Candice Kaiser
and Putative Class Members

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE KAISER, individually and on behalf of others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY RESIDENTIAL MANAGEMENT, L.L.C., a Delaware limited liability company; TRANSUNION RENTAL SCREENING SOLUTIONS, INC., a Delaware corporation; and DOES 1-20 inclusive,<br><br>Defendants. | Case No.: 2:21-cv-10024-AB-KS<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANSUNION RENTAL SCREENING SOLUTIONS, INC.**<br><br>Next Hearing: March 11th, 2022<br>Dept.: Courtroom 7B<br>Judge: Hon. André Birotte, Jr. |

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff CANDICE KAISER ("Plaintiff" or "Kaiser") and Defendant TRANSUNION RENTAL SCREENING SOLUTIONS, INC. ("TURSS" or "Defendant"), have reached a settlement to resolve the outstanding claims by Plaintiff against TURSS in this case.

The Parties anticipate that the performance of the terms of the settlement agreement will be completed within ninety (90) days of the date of this notice, at or before which time the Parties shall file a Stipulation for Dismissal, with prejudice, of the claims asserted against TURSS. Court approval will not be necessary, as Plaintiff has filed no class claims against TURSS.

Law Office of Joseph B. Ollinger PC

Dated: February 3rd, 2022    By:    /S/ JOE OLLINGER

Joe Ollinger, attorney for Plaintiffs
CANDICE KAISER
and Putative Class Members

Quilling, Selander, Lownds, Winslett & Moser, P.C.

Dated: February 3rd, 2022    By:    /S/ JENNIFER BERGH

Jennifer Bergh, attorney for Defendant
TRANSUNION RENTAL SCREENING SOLUTIONS, INC.

LR-5.434(a)(2) Certification: The filer hereby certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.